**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893

Attorney for Defendant Montoya

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-11-1569-TUC-RCC(GEE) |
| ) | |
| Plaintiff, ) | |
| vs. ) | MOTION TO CONTINUE |
| ) | PLEA DEADLINE AND |
| ) | AND TRIAL DATE |
| ) | |
| MIGUEL ANGEL MONTOYA, ) | |
| ) | (8th Requested Continuance) |
| Defendant. ) | (6th Request by this Counsel) |
| _____ ) | (Unopposed) |

Excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this Motion or of an order based thereon.

The Defendant Miguel Montoya, by his counsel undersigned, hereby moves this Court for an Order continuing the present plea deadline of December 28, 2012 at 3:00 p.m. and the trial date of January 15, 2013, and to reset each for a new date in approximately 30 days from their present dates.

Angela Woolridge, the Assistant United States Attorney handling this matter, has no objection to this Continuance.

All other defendants, through their counsel, join in this Motion.

The reason for this continuance is that this matter is being set for a Change of Plea, and the parties require additional time to finalize the agreement and comply with plea deadlines, and to prepare for trial in the event the Change of Plea does not occur.

Therefore, the Defendant Montoya respectfully requests this Court to vacate the present plea deadline and trial date and to reset each in approximately 30 days.

RESPECTFULLY SUBMITTED this 3rd day of January, 2013.

LAW OFFICES OF
NASH & KIRCHNER, P.C.


BY /S/ Walter Nash
WALTER NASH
Attorney for Defendant Montoya